UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
DIVISION

Case Number: 00-6045 CIV-FERGUSON
MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

Plaintiff,

vs.

JAMES O IVY

Defendant.
_____/

COMPLAINT

The United States of America, acting herein by THOMAS E. SCOTT, United States Attorney for the Southern District of Florida, alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. § 1345.

2. The defendant is a resident of the Southern District of Florida.

3. The defendant is indebted to the plaintiff in the principal amount of $4728.83, plus interest on this principal amount computed at the rate of 6.60% percent per annum in the amount of $8044.34, plus interest thereafter on this principal until the date of judgment, plus administrative fees, costs, and penalties in the amount of $.00. See Exhibit A attached hereto and incorporated herein.

4. Demand has been made upon the defendant by plaintiff for the sum due, but the amount due remains unpaid.

WHEREFORE, plaintiff prays judgment against the defendant for the total of $12773.13, plus interest at 6.60% percent per annum on the principal amount of $4728.83, to the

date of judgment, plus costs. Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Dated at Miami, Florida on this 7 day of January, 2000.

                Respectfully submitted,

                Thomas E. Scott
                United States Attorney

By: _____
                Mary F. Dooley
                99 NE 4th Street
                3rd Floor
                Miami, FL 33132-2111
                Tel No. (305)961-9311
                Fax No. (305)530-7195

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

James O. Ivy
AKA: James Oivy
1246 S. Military Trl Apt 612
Deerfield Beach, FL 33442

SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/09/99.

On or about 09/22/70, the borrower executed promissory note(s) to secure loan(s) of $ 4700.00 from Albany Savings Bank, Albany, NY at 6.60 percent interest per annum. This loan obligation was guaranteed by New York State Higher Education Services Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $ 0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 04/03/74, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $ 4728.83 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 10/25/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $ 0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $4728.83 |
| Interest: | $7787.03 |
| Administrative/Collection Costs: | $0.00 |
| Late fees | $0.00 |
| Total debt as of 03/09/99: | $12515.86 |

Interest accrues on the principal shown here at the rate of $0.86 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3-11-99          Name: _Richard V. Tury_
                              Title:   Loan Analyst
                              Branch: Litgation Branch



ORIGINAL

**LOAN GUARANTEED BY NEW YORK HIGHER EDUCATION ASSISTANCE CORPORATION**

**INTERIM PROMISSORY NOTE—(IN SCHOOL)**  1016

Amount Financed  $4,700.00    Albany Savings Bank
(herein called the Lender)

ANNUAL PERCENTAGE RATE   6.6 %
(All of the Annual Percentage Rate may be Paid by the State or Federal Govt. SEE BELOW).

Albany, New York

Sept. 22, 19 70

FOR VALUE RECEIVED, I promise to pay to the order of _Albany Savings Bank_
(name of Lender)

in United States currency at _20 North Pearl_ Street, _Albany_, New York
(address of Lender)

_Four thousand seven hundred 00/100_ ----------- Dollars ($ 4,700.00 )

upon maturity of this promissory note and to pay interest upon the amount financed as above specified from the date hereof to and including the business day when this note becomes payable. On loans disbursed prior to April 1, 1969, the loan will carry interest at the rate of six percent (6%) per annum and on loans disbursed after April 1, 1969, the loan shall carry interest at the rate of seven percent (7%) per annum. The interest as above specified is payable semi-annually on the first days of January and July. It is understood that for loans disbursed prior to April 1, 1969, the Corporation or the United States shall pay six percent interest on my behalf and for loans disbursed after April 1, 1969, the Corporation or the United States shall pay seven percent interest on my behalf, provided that in each case concerning the Corporation, the State of New York shall appropriate sufficient funds for said payments.

This note shall mature and be payable upon whichever day any of the following events shall first occur:

1. The last day of the ninth calendar month following the month in which I complete my course of study or discontinue my enrollment in the educational institution in which I have been accepted for enrollment or am enrolled.
2. At the termination of a semester, trimester or quarter in which I cease to be a resident of the State of New York unless my loan qualifies for Federal interest benefits or would qualify but for the adjusted family income under the provisions of the Higher Education Act of 1965 as amended in which event it shall mature under the applicable provisions of paragraphs number 1 or 3 hereof.
3. The last day of the ninth calendar month following the calendar month during which I cease to be a fully matriculated full-time or part-time (not less than six (6) semester hours) student at an accredited degree-granting institution of higher learning or a full-time or part-time (not less than 12 hours per week) student at a vocational institution.

I understand that four (4) months before this note matures due to the occurrence of any of the events listed above, I shall execute and deliver to the Lender an installment promissory note on the form prescribed by the Lender for the payment of the balance then owing plus six percent (6%) or seven percent (7%) interest as above specified, in installments satisfactory to the Lender provided that the principal payment is at least $30 per month commencing nine months after the said events listed above and provided further that the maximum period of the loan from the date of the first loan does not exceed fifteen (15) years (exclusive of not more than three (3) years during which I am in service. Failure to execute and deliver an installment promissory note as prescribed above will constitute a default and this note will become immediately due and payable without notice or demand.

To the extent that the interest on this note shall be paid directly to the Lender by the New York Higher Education Assistance Corporation, herein called the "Corporation", or by the United States on my behalf, my obligation to pay interest hereunder shall be discharged and satisfied. It being understood that the Corporation under its Loan Guaranty Program, or the United States, undertakes to pay all the interest on each loan evidenced hereby until maturity of this note and thereafter all the interest in excess of the rate of three percent (3%) per annum on loans disbursed prior to April 1, 1969. It is understood that on loans disbursed after December 15, 1968, if I die or become permanently and totally disabled (as determined in accordance with regulations of the Corporation) then the Corporation or the United States shall discharge my liability on the loan by repaying the amount owed on the loan.

I further agree and acknowledge:

A. If I am granted an additional loan under the loan guarantee program of the Corporation, upon request I will execute and deliver to the Lender a promissory note in the same general form as this promissory note which will consolidate the loan then being made and the indebtedness evidenced hereby, and such subsequent promissory note will specify the date and amount of each disbursement included in principal amount thereof.

B. The Lender may, in its discretion, pay for me the proceeds, or any part thereof, of any loan made under this note to the educational institution in which I am now enrolled or it may otherwise disburse the proceeds for my benefit as it may deem appropriate.

C. No extension of time for the payment of all or any part of the amount owing hereunder at any time shall affect my liability with respect hereto. Demand and presentment for payment and notice of dishonor of this note are hereby expressly waived.

D. By reason of the provisions of Article 14 of the Education Law of New York, I understand that I am legally obligated to pay this note even though I may be under twenty-one (21) years of age.

E. The face amount of this note comprises disbursements made to me, the dates of such disbursements and the amounts disbursed.

| Date Disbursed | Amount Disbursed | Interest Rate | Date Disbursed | Amount Disbursed | Interest Rate |
|---|---|---|---|---|---|
| Oct. 31, 19 67 | $1,000.00 | 6 % | Aug. 18, 19 69 | $1,200.00 | 7 % |
| Aug. 19, 19 68 | $500.00 | 6 % | Sept. 22, 19 70 | $1,500.00 | 7 % |
| Oct. 4, 19 68 | $500.00 | 6 % | , 19 | $ | % |

F. I acknowledge receipt of a copy of this note containing the disclosure statement required by Federal Law prior to the consummation of this transaction.

PERMANENT RESIDENCE ADDRESS:
_142 Clinton Ave_
_Albany, N.Y. 12210_

SIGNATURE (Write in Full)
_James O. Ivy_

**LENDER WORK SHEET**

|  | 6% LOANS | 7% LOANS | COMBINED AMOUNT |
|---|---|---|---|
| Amount Financed | $2,000.00 | $2,700.00 | $4,700.00 |

IVY, JAMES

"Pay to the order of New York Higher Education
Assistance Corporation Without Recourse and
Without Warranty"

                                       Albany Savings Bank

                                  By _____
                                    Elbert O Robert

BEST COPY AVAILABLE
AT TIME OF FILMING

N.Y.H.E.A.C.
Apr 15  10 35 AM '74

(Rev. 12/96)

# CIVIL COVER SHEET

00-6045

CIV-FERGUSON

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

MAGISTRATE JUDGE
SNOW

**I. (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

JAMES O. IVY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  BROWARD
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

B-Broward / 00ci6045 / Ferguson / Snow

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

THOMAS E. SCOTT
99 N.E. 4th Street suite 300
Miami, FL 33132-2111 (305)961-9311

ATTORNEYS (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS |  | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability |  | B☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 365 Personal Injury – Product Liability |  |  | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability |  | B☐ 640 R.R. & Truck |  | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 810 Selective Service |
|  | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits |  | ☐ 371 Truth in Lending | B☐ 690 Other | ☐ 840 Trademark |  |
| ☐ 160 Stockholders Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability |  |  |  | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
|  |  |  |  | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** |  | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |  |
| ☐ 240 Torts to Land |  | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other |  | A☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
|  |  | B☐ 555 Prison Condition |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

RECOVERY OF FUNDS EXPENDED BY THE PLAINTIFF AS GUARNATOR OF A DEFAULTED FEDERAL STUDENT LOAN 34 CFR 682.100 (4) (d)

LENGTH OF TRIAL
via ___ 0 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $12,773.13 plus interest and costs

CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE  1/7/00

SIGNATURE OF ATTORNEY OF RECORD

Mary F. Dooley

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____