UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

00-6045

CIV - FERGUSON
MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES O. IVY

    Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes  ✓ No

                                  Respectfully submitted,

                                  THOMAS E. SCOTT
                                  UNITED STATES ATTORNEY

BY: _____
     MARY F. DOOLEY
     ASSISTANT U.S. ATTORNEY
     99 N.E. 4TH STREET, Suite 300
     Miami, FL 33132
     Tel No. (305) 961-9352
     Fax No. (305) 530-7195
     Bar No. A5500282

DATED  1/9/00