# RETURN OF SERVICE

Case No: 00-6045 CIV FERGUSON

| TO BE SERVED | COURT |
|---|---|
| JAMES O. IVY<br>6661 N.W. 2ND AVENUE<br>PH C<br>BOCA RATON, FL | IN THE U.S. DISTRICT COURT IN AND FOR THE<br>SOUTHERN DISTRICT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>JAMES O. IVY | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | Court Date:         Court Time:<br>Witness Fee:<br>Document Type: Original<br>Atty File #: |

I received this process 04/19/00 at 2:11 PM and it was served 04/26/00 at 7:20 PM in PALM BEACH COUNTY, FLORIDA.

    JAMES O. IVY
    6661 N.W. 2ND AVENUE
    PH C
    BOCA RATON, FL, 33487

**SUBSTITUTE SERVICE: (FS 48.031 (2)(a))**
By serving a copy of this SUMMONS IN A CIVIL ACTION and a copy of the complaint, petition or initial pleading at the defendant's usual place of abode on a person permanently residing therein, to-wit:
JANE DOE as CO-TENANT
who is 15 years of age or older, and informing the person of the contents.

**OTHER RETURNS:**

FILED by _____ D.C.
00 MAY 23 PM 2:50
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action pursuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

_____
PROCESS SERVER: TIMOTHY A. TOOMEY (84)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00768803-001

The foregoing instrument was acknowledged before me this 07 day of May, 2000 BY TIMOTHY A. TOOMEY, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

_____
NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CON

AO (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### SUMMONS IN A CIVIL ACTION

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

JAMES O IVY
~~1246 S MILITARY TRL.~~
~~APT. 612~~
~~DEERFIELD BEACH, FL 33442~~

Case Number: CIV-FERGUSON 6045

MAGISTRATE JUDGE SNOW

(5) Refusal Name
9/26/00    720y    femoly (Refusal
T Tooney 822        Name)

15    822

TO: (Name and Address of Defendant)

JAMES O IVY
1246 S MILITARY TRL.
APT. 612
DEERFIELD BEACH, FL 33442

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox
CLERK

JAN 1 1 2000 _____ DATE

(BY) DEPUTY CLERK