UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

United States of America,        CASE NO. 00-6045-CIV-Ferguson

    Plaintiff(s),

v.

**James O. Ivy**,
,

    Defendant(s).
_____/

FILED by _____ D.C.
May 25, 2000
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA

It appearing that the defendant(s) herein, **James O. Ivy,** , is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) James O. Ivy, as of course, on this date May 25, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk