UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No : 00-6045-CIV-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES O. IVY

Defendant.

_____. _____/



FILED by _____ D.C.

JUN 0 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## DECLARATION FOR ENTRY OF DEFAULT JUDGMENT

Mary F. Dooley, hereby, applies to the Court for entry of a default judgment against

defendant James O. Ivy and declares as follows:

1.     I am an Assistant United States Attorney for the Southern District Of Florida and

in that capacity have been assigned to represent the interests of plaintiff in the above captioned

matter

2      I hereby make application to this Court for entry of a default judgment as to

defendant, James O. Ivy, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support

of this application state as follows:

a)     The defendant was personally served with copies of Plaintiff's Summons and

Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure.

b)     Upon Plaintiff's information and belief, the defendant is neither an infant nor an

incompetent person requiring special service in accordance with Rule 49(g), Federal Rules of

Civil Procedure, and is not serving with the armed forces of the United States entitled to the

protection of 50 U.S.C. App. Section 520



c)    The defendant has neither answered nor otherwise responded formally to the

Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a),

Federal Rules of Civil Procedure.

d)    Defendant's default was entered by the Clerk of the Court on May 25, 3000

3.    The amount owed by defendant is calculated as follows:

Principal $4728.83

Interest at the rate of  6.60% per annum through June 5, 2000, $8175.17 .

Penalties and administrative costs as demanded in the complaint $.00

Total due as of  June 5, 2000 $12904.00

4    Defendant is not entitled to any credits to his account from  the date the complaint

was filed until date hereof

WHEREFORE, plaintiff requests the Court to enter the judgment against defendant and

in favor of plaintiff in the amount of $12904.00, plus interest at the rate of 6.60% per annum

from June 5, 2000 to date of judgment and post judgment interest at the legal rate pursuant to 28

U.S.C  1961.

I, Mary F. Dooley, do hereby certify under penalty of perjury, pursuant to 28 U.S.C

1746(2) that the above statements are true and accurate to the best of my knowledge and belief

DATE:  6/6/00

Mary F. Dooley
Assistant United States Attorney
Florida Bar 112933
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel No  305-961-9311
Fax No  305-530-7195
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the DECLARATION FOR ENTRY

OF DEFAULT JUDGMENT was foregoing this _6_ day of June, 2000 to:

James O Ivy
6661 NW 2nd Ave
PH C
Boca Raton, FL 33487

Mary F Dooley
Assistant U S Attorney