CLOSED

CIVIL

CASE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 00-6045-CIV-FERGUSON

'JUN 3 0 2000

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES O. IVY

Defendant.

_____/

## DEFAULT FINAL JUDGMENT

This matter having come before the Court upon plaintiff, United States of America's

Motion for Entry of Default Final Judgment against defendant, James O Ivy, and the Court

having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the

entry of default as to the defendant for failure to answer or otherwise plead to the Summons and

Complaint served by the Plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the

United States of America, and against defendant, James O Ivy, upon the complaint herein, and it

is further

ORDERED AND ADJUDGED that Plaintiff recover of the defendant, James O. Ivy, the sum of $12904.00, consisting of $4728.83 in unpaid principal, plus the amount of $8175.17 in interest accrued through June 5, 2000, in accordance with the supporting documentation attached as "Exhibit "B" to Plaintiffs Motion for Entry of Default Final Judgment, all together with interest at the rate of 6.60% per annum to the date of this judgment, together with the sum of $175.00 in taxed costs, and it is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers, in Fort Lauderdale, Florida, this $\underline{2^{1^{1}}}$ day of _____, 20__.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:   Mary F. Dooley, AUSA (Two Certified Copies)
      James O Ivy