UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6045-CIV-FERGUSON

UNITED STATES OF AMERICA,

                      Plaintiff,

v.

JAMES O. IVY

                      Defendant.

_____/

## SATISFACTION OF JUDGMENT

        The judgment entered in favor of the United States of America, in the above-entitled case,

debtor being deceased, the Clerk of the United States District Court for the Southern District of

Florida is authorized and empowered to satisfy and cancel said judgment of record.

Dated: <u>March 8, 2007</u>            Respectfully submitted,
       Miami, Florida

                                          R. ALEXANDER ACOSTA
                                          UNITED STATES ATTORNEY

                      By:      <u>  s/Aloyma M. Sanchez    </u>
                                    Aloyma M. Sanchez(0717509)
                                    Assistant United States Attorney
                                    aloyma.sanchez@usdoj.gov
                                    99 N.E. 4th Street, Suite 300
                                    Miami, FL 33132
                                    Tel No.(305) 961-9352
                                    Fax No.(305) 530-7195
                                    Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that on  March 8, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Aloyma M. Sanchez_____
Aloyma M. Sanchez
Assistant United States Attorney

United States of America v. James O Ivy
Case No. 00-6045-CIV-FERGUSON

SERVICE LIST

Aloyma M. Sanchez
Assistant United States Attorney
Fla. Bar No. (0717509)
Email: aloyma.sanchez@usdoj.gov
Federal Justice Building
99 N.E. 4th Street, Suite 300/Civil Division
Miami, Florida  33132
Tel: (305) 961-9204
Fax: (305) 530-7139
Counsel for Plaintiff